

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00178-CV

ALBERTO BELTRAN SERBANTES, APPELLANT

V.

CURTIS DAVIS, APPELLEE

On Appeal from the County Court
Wheeler County, Texas
Trial Court No. 1934, Honorable Jerry Dan Hefley, Presiding

March 26, 2014

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

On March 10, 2014, appellant, Alberto Beltran Serbantes, filed a motion to dismiss his appeal that complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1). No decision of this Court having been delivered to date, we grant the motion. Accordingly, appellant's appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1). Because appellant's motion does not address costs, costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d). If dismissal will prevent appellee, Curtis Davis, from seeking relief to which he would otherwise be entitled, the Court directs

Davis to file a timely motion for rehearing.  No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice
